In the Interest of N.L.A., a Child.

No. 10–03–00202–CV.

Court of Appeals of Texas, Waco.

Jan. 18, 2006.

John B. Worley, Office of the Atty. Gen., for appellant/relator.

Ernest Smith, Franklin, pro se.

Laverne Anderson, Bremond, pro se.

Before Chief Justice GRAY, Justice VANCE, and Justice REYNA.

### OPINION ON REHEARING

BILL VANCE, Justice.

The Attorney General has filed a motion for rehearing. In view of (1) the apparent discrepancy that exists between the cause number shown on the 1981 decree of legitimization and the 1985 order purporting to dismiss this cause for want of prosecution, and (2) the discrepancy that exists between the heading on the 2000 order and the notice of final judgment issued by the clerk of the district court, we believe that the trial court erred but should have an opportunity to resolve any conflicts created by those orders and to reconsider the motion to set aside the 2000 unpaid child support judgment.

We grant the motion for rehearing, reverse the trial court's order setting aside the 2000 judgment, and in the interest of justice, remand the cause to the 82nd District Court for further proceedings. TEX. R.APP. P. 42.2; 42.3. Our judgment of November 9, 2005 is withdrawn, and the

judgment of this date is substituted therefor.

Chief Justice GRAY dissenting.

TOM GRAY, Chief Justice, dissenting.

I agree that a total change of direction is needed from the original judgment affirming the trial court's decision. Thus, I agree with the new judgment to the extent that it reverses the trial court's 2003 order which set aside the 2000 judgment. I continue to believe, however, that the proper disposition thereafter is dismissal for want of jurisdiction. *In re N.L.A.*, No. 10–03–00202–CV, 2005 WL 3005597, 2005 Tex.App. LEXIS 9438, *7–41 (Tex.App.-Waco Nov. 9, 2005, no pet. h.) (Gray, C.J., dissenting). Accordingly, I must still dissent to the Opinion on Rehearing and judgment remanding the case for further proceedings.